**EXHIBIT 1**

**REQUEST FOR *EX PARTE* REEXAMINATION**

**AFFIDAVIT OF ANITA M. ALVAREZ**

15995085v3

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Inventor(s): | Jeffrie Green |
| U.S. Patent No.: | 7,861,865 |
| Issue Date: | January 4, 2011 |
| Appl. No.: | 12/336,345 |
| | |
| For: | Packaging Assembly |

### AFFIDAVIT

STATE OF CALIFORNIA      )
                                  ) ss:
COUNTY OF ORANGE        )

The undersigned, being duly sworn upon oath, states as follows:

1.      My name is Anita M. Alvarez and I am an adult individual, competent to testify to the matters set forth in this Affidavit.

2.      I have been employed by One Source Industries, LLC of 15215 Alton Parkway, Suite 100, Irvine, California 92618 for the past eleven years and currently serve as the National Sales Account Manager.

3.      During the first ten years of my employment with One Source Industries, LLC, I served as a project manager.

4.      One Source Industries, LLC designs and manufactures point of purchase displays, temporary displays, permanent displays, and countertop displays. It also provides fixtures, retail packaging, trapped blisters, clamshell packaging, sustainable packaging, club store packaging, paperboard packaging, and promotional items for tradeshows, fulfillment and logistics, call

Exhibit A
14

center, structural design, graphic design, brand management, and channel marketing. In addition, the company offers turnkey branded merchandise programs, customized calendar programs, customized promotional products, and Web store development and management.

     5.     I am personally familiar with the packing assembly drawing in Exhibit "A," entitled "Kenneth Cole /Sam's pallet," containing the description "Sam's rers tray 970rule."

     6.     I have personal knowledge that on June 30, 2004, One Source Industries LLC's sales representative Sunnie McDennon received a request from Kenneth Cole Productions, Inc. to design a pallet assembly for the sale of Kenneth Cole Christmas merchandise at Sam's Clubs all across the United States."

     7.     I have personal knowledge that a One Source Industries, LLC employee by the name of Chris Anderson completed the pallet design shown at Exhibit "A," on or about July 15, 2004.

     8.     A pallet constructed to the specifications detailed in Exhibit "A," and loaded with Kenneth Cole Productions, Inc., products is shown in the digital image attached as Exhibit "B" with the heading "Sams Holiday Pallet Display."

     9.     Attached as Exhibit "C" is a Quotation prepared for Kenneth Cole Productions Inc. dated August 17, 2004, and detailing a production cost of $61.96 per Sam's Pallet and an order for 2,310 pallets at a total cost of $143,127.60.

     10.     According to records that I maintained during the normal course of business, and as set forth at Exhibit "D," a total of 2,310 pallets of the design depicted in Exhibits "A" and "B" were shipped in fifty-two (52) truck loads to Sam's Club Distribution Centers across the United States beginning on October 22, 2004 and continued through November 12, 2004, as a result, the pallet design was widely viewed by the public at Sam's Club Stores.

16760404v1

11.     I have personal knowledge that pallets identical in design to those shown in Exhibit "B" and holding Kenneth Cole products were shipped from a One Source Industries, LLC production facility in Pomona, California from October 22, 2004 through November 12, 2004 to the Sam's Club Distribution Centers.

FURTHER AFFIANT SAITH NOT.

Anita M. Alvarez

Subscribed and sworn to before me this _3l_ day of _Aug._, 2011.

SAM BEIK
Commission # 1812090
Notary Public - California
Orange County
My Comm. Expires Sep 29, 2012

Notary Public

My Commission Expires:

9-29-2012

-3-

16760404v1

Exhibit A

16



EXHIBIT A

Outside

Outside

One Source Industries
15215 Alton Parkway Suite 100
Irvine, CA 92618
Phone (949) 784-7700
Fax (949) 784-7781

| Customer / ID & Name | | Created on 7/15/04 | Revised on 8/18/04 | Design No 0000000464_0 | |
|---|---|---|---|---|---|
| SalesRep Sunnie McDennon | | Rule Total 3348 | Test 24 PT | Number multiplier 1 | Revision 0 |
| Project | | Joint Type | Flute B | Designer Chris | |
| Description Sam's rers tray 970rule | | Corrugation Dir. Vertical | Finish | Blank Size : 100 1/32   x 144 5/8 | |
| Dimension Length x Width x Depth 46 1/4  x  33 5/8  x  3 | | Product | | | |

Label notes

Notes

Kenneth Cole /Sam's pallet

10 per layer , 40 per pallet

Exhibit A
17

REACTION
KENNETH COLE

**SAMS HOLIDAY PALLET DISPLAY**

EXHIBIT B



Exhibit A

18

EXHIBIT C



**ONE SOURCE**
INDUSTRIES, LLC

# Quotation

One Source Industries, LLC
15215 Alton Parkway, Suite 100
Irvine, CA 92618
949-784-7226          fax 949-784-7704
Sunnie McDennon
smcdennon@onesourceind.com

| | |
|---|---|
| Attn: **Amauris Alvarez** | Date: August 17, 2004 |
| Company: **Kenneth Cole Productions Inc.** | Project Name: **SAM'S PALLET** |
| Address: 603 W 50th Street | General Job: 48 X 40 X 42"H Pallet Display |
| City, State, Zip: New York, NY 10019 | Description: |

| Line Item Description | Quantity | Price Each | Total Price |
|---|---|---|---|
| (1) D/C 200B #3WOS, FLOODCOATED BLACK TRAYS X 4 PER DISPLAY | | | $                - |
| (2) D/C LONG DIVIDER #3WOS 1 PER TRAY, 4 PER DISPLAY | | | $                - |
| (3) D/C SHORT DIVIDER #3WOS 2 PER TRAY, 8 PER DISPLAY | | | $                - |
| (4) D/C Flexo Printed SHORT SKIRT, 2 PER DISPLAY | | | $                - |
| (5) D/C Flexo Printed LONG SKIRT, 2 PER DISPLAY | | | $                - |
| (6) HSC SHIPPER SHROUD | | | $                - |
| SAM'S INSTRUCTIONS - PRINTING AND APPLICATION | 2,310 | | $                - |
| | | | $                - |
| (7) DOUBLE SIDED TAPE 1X3X1/16TH = 8 PER DISPLAY | | | $                - |
| (8) #1 4-way 48 X 40 PALLETS / 1 PER DISPLAY | | | $                - |
| (9) CUTTING DIES | | | $                - |
| (10) LONG SKIRT & SHORT SKIRT PRINT PLATE | | | $                - |
| (11) PRE-PRINTED SHIPPING PALLET LABELS TO INCLUDE: | | | $                - |
| a. SHIP FROM: Supplier's name, complete address | | | $                - |
| b. SHIP TO: Sam's Club#, complete address | | | $                - |
| c. Purchase order (10 Digits) | | | $                - |
| d. SAM'S CLUB Item Number (9 digits) (Multi-Item) | | | $                - |
| (12) ASSEMBLY OF TRAYS AND DIVIDERS, LOADING OF PRODUCT INTO | | | $                - |
| TRAYS, SECURING SHROUD OVER PALLET DISPLAY, SHRINK-WRAP | | | $                - |
| DISPLAY TO PALLET AND ADHERE PRE-PRINTED LABEL. | | | $                - |
| (13) CONTAINER UNLOAD: Unloading Containers, separating product and | | | $                - |
| Staging for assembly and packout of displays. Cost per Container has | | | $                - |
| been included in cost up to 32 Containers. ( Please confirm?) | 2,310 | $        61.96 | $        143,127.60 |
| | | | $                - |
| DAY GLOW PIK PALLET TAGS - ONE PER SIDE MATERIAL | 9,240 | $        0.39 | $        3,603.60 |
| LABOR & PRINTING OF DAY GLOW SHEET FOR 4 SIDES OF SHIPPER | 9,240 | $        0.10 | $        924.00 |
| APPLICATION OF 1 LABEL PER SIDE OF HSC | 9,240 | $        0.60 | $        5,544.00 |
| | | | $                - |
| | | | $                - |
| | | | $                - |
| | | | $                - |
| | | | $                - |

Lead Time:   **4-6 weeks after receipt of order**
FOB:   **Pomona, CA**

| Scope of Work / Project Deliverables | Terms & Conditions | |
|---|---|---|
| | Overs: | Customer agrees to accept up to 5% overs/no unders on corrugated and packaging materials; 10% overs/no unders on printing materials. |
| | Terms: | Net 30 Days on Approved Credit |
| | Delays: | Any products, information approvals needed from client to complete job are to be provided in a timely manner. Should OSI be unable to ship within 45 days of due date due to client delays, entire job will be invoiced and must be paid in full. |
| **Customer hereby agrees to pricing, terms & conditions:** | Rush Orders: | Quote is based on normal lead time. Additional charges apply to rush orders. |
| Signature & Date: _____ | Storage Fees: | Products in inventory 30 days beyond the due date will be subject to a storage fee. |
| Print Name/Title: _____ | Designs: | OSI, LLC designs are proprietary and are not to be shared or quoted out against competitors. |
| | Specification Changes: | Any changes in quantity or specifications are to be submitted in writing and are subject to price adjustments. |
| P.O. Number: _____ | | |

Sign & fax back to: 949-784-7705

Exhibit A
19

EXHIBIT D

# SAM'S CLUB

**222606**

SAM'S CLUB DETAILS

| SAMS DC# | Address Line 1 | Address Line 2 | St | City | Zip | Store's POS# | Store's POS# | Prod Pcs | Total Pcs | Valid Pcs | LP# | PU Date | Appt Time | Carrier | BOL | TrailerID | TrailerID | Seal | EXCEPTION DETAILS/COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAMS DC 6482 | 1535 EXETER ROAD | | OH | AKRON | 44306 | 6493348919 | 6493348919 | 40 | 2,240 | 56 | 03919960 | 10-22-Th | 8:00 AM | STONIER | 80260024 | CSXU505677 | 7022 | 213766 | LATE FROM APPT ETA 6:30PM |
| SAMS DC 6482 | 1535 EXETER ROAD | | OH | AKRON | 44306 | 6495849910 | 6495849910 | 40 | 2,240 | 56 | 03919924 | 10-22-Th | 8:00 AM | STONIER | 80260025 | CSXU505923 | 9862 | 213784 | |
| SAMS DC 6299 | 20701 WEST SOUTHERN AVENUE | | AZ | BUCKEYE | 85326 | 6295543739 | 6295543739 | 40 | 2,240 | 56 | 03919753 | 10-22-F | 2:00 PM | WALMART | 80260478 | 21116 | 511 | 213729 | PU NOT SOLD |
| SAMS DC 5229 | 3910 SADDLE CREEK RD BLD 19 | C/O SADDLE CREEK | FL | LAKELAND | 33801 | 6295545273 | 6295545273 | 40 | 2,240 | 56 | 03920008 | none | none | SCHNEIDER | 80260445 | 04900779 | 497 | 213762 | PU NOT SOLD |
| SAMS DC 6656 | 5601 GARDNER | | MO | KANSAS CITY | 64120 | 6496641751 | 6496641751 | 40 | 2,240 | 56 | 03942062 | 10-25-M | 10:30 AM | WALMART | 80260461 | APL UNP2076 | 210 | 213780 | PU NOT SOLD |
| SAMS DC 6493 | 15061 ALMOND AVENUE | | GA | FONTANA | 92336 | 6495045204 | 6495045204 | 40 | 980 | 24 | 03900413 | 10-26-T | none | CARDINAL | 80260092 | 14264146 | 10723 | 3505300 | |
| SAMS DC 6725 | 630 EAST CENTER PARK BLVD | | TX | DESOTO | 75115 | 6236648130 | 6236648130 | 40 | 2,240 | 56 | 03940060 | 10-27-W | 11:30 AM | USXI | 80260515 | 539915 | 20069 | 3505391 | |
| SAMS DC 6206 | 830 EAST CENTER PARK BLVD | | TX | DESOTO | 75115 | 6295646131 | 6295646131 | 40 | 2,240 | 56 | 03940963 | 10-27-W | 2:00 PM | USXI | 80260416 | 70020 | 224156 | 3505391 | |
| SAMS DC 6006 | 1911 CONTINENTAL BLVD | | NC | CHARLOTTE | 28273 | 6299641533 | 6299641533 | 40 | 2,240 | 56 | 03919946 | 10-27-W | none | JB HUNT | 80260634 | NXSU503260 | 343819 | 3505298 | PU NOT SOLD |
| SAMS DC 6499 | 14567 INDUSTRY DRIVE | | MD | HAGERSTOWN | 21742 | 6495649578 | 6495649578 | 40 | 2,240 | 56 | 03942641 | 10-27-W | none | JB HUNT | 80260929 | 216435 | 342445 | 3505240 | |
| SAMS DC 6482 | 1535 EXETER ROAD | | OH | AKRON | 44306 | 6493641811 | 6493641811 | 40 | 2,000 | 60 | 03921922 | 10-28-Th | 8:00 AM | SCLV | 80260871 | 504671 | 6366 | 3506008 | |
| SAMS DC 6299 | 20701 WEST SOUTHERN AVENUE | C/O SADDLE CREEK | AZ | BUCKEYE | 85326 | 6295642706 | 6295642706 | 40 | 760 | 19 | 03921923 | 10-28-Th | 8:00 AM | SCLV | 80260891 | 504631 | 10370 | 3506059 | |
| SAMS DC 5229 | 3910 SADDLE CREEK RD BLD 19 | C/O SADDLE CREEK | FL | LAKELAND | 33801 | 6295642779 | 6295642779 | 40 | 920 | 23 | 03900059 | 10-28-Th | 10:30 AM | SCLV | 80260090 | 504591 | 1712 | 3505055 | OVERFLOW 4 PLTS |
| SAMS DC 6231 | 140 NORTH FLEET DRIVE | | PA | TAYLOR | 18517 | 6231649464 | 6231649464 | 40 | 1,560 | 39 | 03918068 | 10-28-Th | 10:30 AM | SCLV | 80260066 | 504591 | 1712 | 3505055 | |
| SAMS DC 6231 | STAUFFER INDUSTRIAL PARK | | PA | TAYLOR | 18517 | 6231649454 | 6231649454 | 40 | 1,060 | 49 | 03921922 | 10-28-Th | 1:30 PM | SCLV | 80260710 | 504597 | 7526 | 3506007 | |
| SAMS DC 6606 | 6301 W. OLD SHAKOPEE ROAD | | MN | BLOOMINGTON | 55438 | 6497543490 | 6497543490 | 40 | 600 | 15 | 03919968 | 10-28-Th | none | SCLV | 80260711 | APLU537816 | 196 | 3505001 | PU NOT SOLD |
| SAMS DC 6606 | 19850 DOX-TOLEDO ROAD | BROWNSTOWN TOWNSHIP | MI | | 48182 | 6496648091 | 6496648091 | 40 | 520 | 13 | 03903099 | 10-28-Th | none | SCLV | 80260703 | 504665 | 8450 | 3506009 | PU NOT SOLD |
| SAMS DC 6606 | 461 FM 698 | | TX | DAYTON | 77535 | 6496648017 | 6496648017 | 40 | 640 | 16 | 03903099 | 12, 2004 | none | SCLV | 80260701 | 504665 | 8450 | 3509209 | PU NOT SOLD |
| SAMS DC 6496 | 14567 INDUSTRY DRIVE | | MD | HAGERSTOWN | 21742 | 6495649490 | 6495649490 | 40 | 320 | 8 | 03903098 | 10-28-Th | none | SCLV | 80260055 | 504665 | 8450 | 3506259 | PU NOT SOLD |
| SAMS DC 6006 | 1911 CONTINENTAL BLVD | | NC | CHARLOTTE | 28273 | 6299641635 | 6299641635 | 40 | 880 | 22 | 03903400 | 10-28-F | none | SCLV | 80260724 | 504801 | 3194 | 3506263 | |
| SAMS DC 6667 | 43 LONDONDERRY TURNPIKE RD | PSI PUGET CROSSROADS BLVD | NH | HOOKSETT | 03106 | 6397645709 | 6397645709 | 40 | 1,000 | 25 | 03900400 | 10-29-F | 8:00 AM | SCLV | 80260723 | 504801 | 3194 | 3506303 | |
| SAMS DC 6641 | 7500 EAST CROSSROADS BLVD | | CO | LOVELAND | 80538 | 6448542205 | 6448542205 | 40 | 640 | 16 | 03903100 | 10-29-F | 8:00 AM | SCLV | 80260277 | 504801 | 3194 | 3508303 | OVERFLOW 7 PLTS |
| SAMS DC 6232 | 496 W MARSHGOM RD | | IN | GREENFIELD | 46140 | 6232643447 | 6232643447 | 40 | 1,080 | 27 | 03903401 | 10-29-F | 2:30 PM | SCLV | 80260742 | 504943 | 2 | 3506300 | |
| SAMS DC 6668 | 1325 CENTRAL AVE | | IL | UNIVERSITY PARK | 60466 | 6398649820 | 6398649820 | 40 | 2,240 | 31 | 03903402 | 10-29-F | 2:30 PM | SCLV | 80398705 | 504943 | 2 | 3506505 | |
| SAMS DC 6725 | 630 EAST CENTER PARK BLVD | | TX | DESOTO | 75115 | 6233646132 | 6233646132 | 40 | 560 | 14 | 03905663 | 11-01-M | 10:30 AM | USXI | 80340616 | 83271 | 4443 | 3506403 | |
| SAMS DC 6668 | 1325 CENTRAL AVE | | IL | UNIVERSITY PARK | 60466 | 6398645708 | 6398645708 | 40 | 360 | 9 | 03949172 | 11-02-T | 10:30 AM | SCHNEIDER | 80390482 | AA16644 | 390 | 3506660 | CANCELLED PU DC/SHREDDING |
| SAMS DC 6656 | 5601 GARDNER | | MO | KANSAS CITY | 64120 | 6496641768 | 6496641768 | 40 | 2,240 | 56 | 03949066 | 11-02-T | 1:30 PM | SCHNEIDER | 80390480 | AA14457 | 85320 | 3506660 | CANCELLED PU DC/SHREDDING |
| SAMS DC 6231 | STAUFFER INDUSTRIAL PARK | | PA | TAYLOR | 18517 | 6231649465 | 6231649465 | 40 | 2,240 | 56 | 03948337 | 11-02-T | 1:30 PM | JB HUNT | 80260701 | 201930 | 342201 | 3505522 | |
| SAMS DC 6656 | 19850 DOX-TOLEDO ROAD | BROWNSTOWN TOWNSHIP | MI | | 48182 | 6496648090 | 6496648090 | 40 | 2,240 | 56 | 03940114 | 11-03-W | 10:30 AM | SCHNEIDER | 80260063 | 799U0300 | 4920 | 3506660 | |
| SAMS DC 6656 | 5601 GARDNER | | MO | KANSAS CITY | 64120 | 6496641752 | 6496641752 | 40 | 280 | 7 | 03905072 | 11-04-Th | 8:00 AM | SCLV | 80260061 | 505530 | 3194 | 3506660 | |
| SAMS DC 6493 | 14011 NORTH FLEET DRIVE | | GA | VILLA RICA | 30180 | 6495040865 | 6495040865 | 40 | 2,240 | 56 | 03949060 | 11-04-Th | 9:00 AM | JB HUNT | 80260646 | 211436 | 342004 | 3506605 | |
| SAMS DC 6668 | 1325 CENTRAL AVE | | IL | UNIVERSITY PARK | 60466 | 6398640029 | 6398640029 | 40 | 2,240 | 56 | 03949160 | 11-04-Th | 10:30 AM | Pacer Global | 80260648 | CSXU762154 | 345 | 3506652 | |
| SAMS DC 5229 | 3910 SADDLE CREEK RD BLD 19 | C/O SADDLE CREEK | FL | LAKELAND | 33801 | 6295542272 | 6295542272 | 40 | 2,240 | 56 | 03945027 | 11-04-Th | 11:30 AM | SCHNEIDER | 80260948 | A506655 | 4827 | 3505040 | OVERFLOW 4 PLTS |
| SAMS DC 6232 | 496 W MARSHGOM RD | | IN | GREENFIELD | 46140 | 6232643446 | 6232643446 | 40 | 2,240 | 56 | 03948057 | 11-04-Th | 1:30 PM | COVENANT | 80260946 | 93983 | 7034 | 3506046 | |
| SAMS DC 6232 | 496 W MARSHGOM RD | | IN | GREENFIELD | 46140 | 6232643488 | 6232643488 | 40 | 2,240 | 56 | 03948065 | 11-04-Th | 3:00 PM | COVENANT | 80260954 | 41163 | 9417 | 3506047 | |
| SAMS DC 6668 | 1325 CENTRAL AVE | | IL | UNIVERSITY PARK | 60466 | 6398640929 | 6398640929 | 40 | 2,240 | 56 | 03949101 | 11-04-Th | 4:00 PM | SCHNEIDER | 80260004 | 7AA45377 | 121 | 3505042 | APPTS FLOW RESCHD DC/SHRED |

# SAM'S CLUB

**222606**

| Address Line 1 | Address Line 2 | City | ST | Zip | Item#/Ref | Pick#/Ref | Plt Qty | Unit/Plt | Unit/Pkg | LD # | PU Date | Appt Time | Carrier | BL# | Trailer# | Trip# | Seal# | COMMENTS/DELIVERY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAMS DC 6697 | 6301 W. OLD SHAKOPEE ROAD | BLOOMINGTON | MN | 55438 | 6497743648 | 6497743648 | 40 | 2,240 | 86 | 19940215 | 11-04 Th | 5:28 PM | SCHNEIDER | B0282608 | STAX30668 | 41208 | 3905046 | APPT 11-04 RESCHED TO TOMOR... |
| SAMS DC 6534 | 3301 EAST PARK & BLASS AVE | SEARCY | AR | 72143 | 6294444032 | 6294444032 | 40 | 2,240 | 86 | 19965373 | 11-04 Th | none | JB HUNT | B0282607 | 3548 | 407447 | 3905003 | PU NOT ROAD |
| SAMS DC 6224 | 3301 EAST PARK & BLASS AVE | SEARCY | AR | 72143 | 6294444033 | 6294444033 | 40 | 1,680 | 47 | 19965096 | 11-05 F | 3:30 AM | SCHNEIDER | B0282608 | TAX41141 | 691 | 3905044 | |
| SAMS DC 6206 | 1911 CONTINENTAL BLVD | CHARLOTTE | NC | 28273 | 6299841634 | 6299841634 | 40 | 2,240 | 56 | 19944660 19965553 | 11-08 M | 5:00 AM | JPH | B0282661 | 223122 | 342908 | 3905098 | |
| SAMS DC 6466 | 14467 INDUSTRY DRIVE | HAGERSTOWN | MD | 21742 | 6299846678 | 6299846678 | 40 | 2,240 | 56 | 19944624 19965541 | 11-08 M | 9:00 AM | JPH | B0282661 | 213000 | 342970 | 3905997 | |
| SAMS DC 6697 | 6301 W. OLD SHAKOPEE ROAD | BLOOMINGTON | MN | 55438 | 6497743649 | 6497743649 | 40 | 2,240 | 56 | 19949220 | 11-08 M | 6:00 PM | SCHNEIDER | B0282607 | 867460 | 84613 | 3905059 | APPT 11-08 RESCHED TO tomo 11 |
| SAMS DC 6697 | 451 ON SCONDBERRY TURNPIKE #D | PSI PUGET SOUND | NH | 55106 | 6897743649 | 6897743649 | 40 | 2,240 | 56 | 19819692 | 11-08 M | none | PMNT | B0282683 | APCU537258 | 1120 | 3905268 | APPT 11-09 RESCHED TO SHOW I |
| SAMS DC 6595 | 10288 ALMOND AVENUE | FONTANA | CA | 92335 | 6492646353 | 6492646353 | 40 | 2,240 | 56 | 19949766 19965766 | 11-09 T | 9:00 AM | CARDINAL | B0282744 | 107055 | 19550 | 3905262 | 11-09 CARDINAL NO SHOW |
| SAMS DC 6596 | 18650 OX-TOLEDO ROAD | BROWNSTOWN TOWNSHIP | MI | 48192 | 6896645679 | 6896645679 | 40 | 2,240 | 56 | 19949765 | 11-09 T | 10:30 AM | SCHNEIDER | B0282662 | 444656 | 4629 | 3905241 | APPT 11-09 RESCHED tomor 11 |
| SAMS DC 6494 | 7500 EAST CROSSROADS BLVD | LAKELAND | FL | 33801 | 6294444306 | 6294444306 | 40 | 2,240 | 56 | 19949942 19965816 | 11-09 T | 10:30 AM | CARDINAL | B0282745 | 108480 | 10722 | 3905259 | 11-09 CARDINAL NO SHOW |
| SAMS DC 6229 | CO SADDLE CREEK RD BLO 19 | CO SADDLE CREEK | CO | 33601 | 6294472774 | 6294472774 | 40 | 2,240 | 56 | 19949515 | 11-09 T | 11:30 AM | SCHNEIDER | B0282671 | OPSU2547778 | 127 | 3905249 | APPT 11-09 NO SHOW ON SCH I |
| SAMS DC 6494 | 7500 EAST CROSSROADS BLVD | LAKELAND | CO | 33601 | 6494642307 | 6494642307 | 40 | 2,240 | 56 | 19949494 19965830 | 11-09 T | 12:00 PM | CARDINAL | B0282744 | 1200 | 10214 | 3905242 | 11-09 CARDINAL NO SHOW-OV |
| SAMS DC 6295 | 451 FM 686 | DAYTON | TX | 77535 | 6299848704 | 6299848704 | 40 | 2,240 | 56 | 19949283 | 11-10 W | 11:00 AM | SCHNEIDER | B0282675 | EMP0281906 | 104 | 3905264 | 11-09 APPT 11-09 PU TENTATIVE NO |
| SAMS DC 6299 | 2810 A MARSHALL AVE | TACOMA | WA | 98421 | 6896643986 | 6896643986 | 40 | 680 | 17 | 19949623 20117352 | 11-12 F | none | YFSY | B0282678 | 840965 | none | none | YELLOW DEFINITE DELIVERY |
| | | | | | | | | | | | | | | | | | | |
| | | Totals: | | | | | 92,400 | 2,310 | | | | | | | | | | |

**OVER BELOW**

| Address Line 1 | Address Line 2 | City | ST | Zip | Item#/Ref | Pick#/Ref | Plt Qty | Unit/Plt | Unit/Pkg | LD # | PU Date | Appt Time | Carrier | BL# | Trailer# | Trip# | Seal# | COMMENTS/DELIVERY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAMS DC 6490 | 1401 NORTH FLEET DRIVE | VILLA RICA | GA | 30180 | 6499648966 | 6499648966 | 40 | 240 | 6 | 19929372 | 11-04 Th | 8:00 AM | SCLY | B0282842 | 508530 | 3194 | 3905056 | |
| SAMS DC 6494 | 7500 EAST CROSSROADS BLVD | LOVELAND | CO | 80538 | 6294642306 | 6294642306 | 40 | 280 | 7 | 19920372 | 11-04 Th | 8:00 AM | SCLY | B0282043 | 508530 | 3194 | 3905059 | |
| SAMS DC 6596 | 1329 CENTRAL AVE | UNIVERSITY PARK | IL | 60466 | 6896645629 | 6896645629 | 40 | 160 | 4 | 20019164 | 11-07 | 8:00 AM | SCLY | B0282080 | 508916 | 16 | 3905265 | |
| SAMS DC 6534 | 3301 EAST PARK & BLASS AVE | SEARCY | AR | 72143 | 6294644033 | 6294644033 | 40 | 200 | 5 | 20115061 | 11/24 | open | CENTRAL | B0201005 | 587296 | LD91787 | none | Yellow  ICA 50-42510 |
| SAMS DC 6494 | 7500 EAST CROSSROADS BLVD | LOVELAND | CO | 80538 | 6294642307 | 6294642307 | 40 | 320 | 8 | 20120502 | 11/24 | open | USF REDDWY | B0201056 | 282768 | none | none | |
| SAMS DC 6494 | 451 FM 686 | DAYTON | TX | 77535 | 6896648706 | 6896648706 | 40 | 320 | 8 | 20150490 | 11/24 | open | WATKINS | B0201057 | Q10531 | Q325 | 3905251 | |

**Exhibit A**

**21**