PATENT
Attorney Docket No.: 504876

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Inventor(s): | Jeffrie Green |
| U.S. Patent No.: | 7,861,865 |
| Issue Date: | January 4, 2011 |
| Serial No.: | 12/336,345 |
| Filed: | December 16, 2008 |
| For: | Packaging Assembly |

September 9, 2011

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

### CERTIFICATE OF SERVICE UNDER 37 C.F.R. § 1.248

The undersigned certifies that on September 8, 2011, a copy of the Request For Ex Parte Reexamination Transmittal Form (2 pages); Request For Ex Parte Reexamination Under 37 C.F.R. 1.510 With Exhibits and associated Attachments (36 pages); Prior Art Citation Under 37 CFR 1.501 To Be Place In Patent File (2 pages); 37 CFR 1.501 Information Disclosure Citation In A Patent (1 page); Copy of three References (5 pages); Copy of U.S. Patent No. 7,861,865 (8 pages), and Certificate of Service Under 37 C.F.R. § 1.248 (1 page) were mailed by first class mail bearing sufficient postage to:

Sheppard, Mullin, Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, California  92130

Respectfully Submitted,

LATHROP & GAGE LLP

By _____
Robert J. Lambrechts, Reg. No. 46,854
2345 Grand Boulevard, Suite 2400
Kansas City, Missouri  64108
Tel: (913) 451-5126
Fax: (816) 292-2001