





Esko ArtiosCAD - [145897 - 0 ard @p2460 costco flexcare 5pk bh pallet disp]
File Edit View Tools Options Design Info Database Projects Palletization WebCenter Window Help
Dimensions
Annotation
A: 1/4 x 1/4 PERF
48.9999 SHEET
48
28.375 SHEET
27
24
0.625
0.5
0.75
CORR
OUTSIDE VIEW
LEAD EDGE BRAUSSE
Oneup Database Information
General
Name: 145897
Date Saved: Wednesday, March 5, 2008
Resource: p2460 costco flexcare 5pk bh pallet d
Revision Date: Monday, November 19, 2007
Directory: S:\2007\Alpak\Philips\P2460 Costco F
Revision #: 0
Open Project
Name:
Seed Database Information From Project
Associated Projects...
Database
Customer: Philips
Owner: Alpak Container Inc.
Salesperson: Hoover, Dave
Designer: Berry, Nathan
Description: Costco Flexcare BH Pallet - 48" Skirt
Short Description 1: 2460
2:
3: BR-145897
Authorization:
Rev. Description:
Design
Length (L): 0.0000
Width (W): 0.0000
Depth (D): 0.0000
Area: 1141.9816
Rule Length: 201.6809
Blank Width: 48.0000
Blank Height: 27.0000
Board Info: 32 ECT - B #3
Grain: Vertical
Characteristics:
Userfields
Characteristics...
OK
Skip DB
Cancel
Select By:
For Help, press F1

Exhibit C



Exhibit C

26