## CERTIFICATE OF SERVICE

  I, the undersigned, hereby certify and declare that I am over the age of 18 years, employed in the County of the City of St. Louis, State of Missouri, and not a party to the above-entitled cause. On February 23, 2018, I electronically filed **DEFENDANT 3M COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS** with the Clerk of the Court for the United States District Court, Central District of California, by using the Central District CM/ECF system.

  Participants in the case who are registered CM/ECF users will be served by the Central District CM/ECF system. I am not aware of any other persons to whom service should be made.

  I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

s/ Mary Ann L. Wymore
Mary Ann L. Wymore
