UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELY INVENTIONS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No.: 2:17-cv-08853-AB (RAOx)<br><br>[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE |

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1  WHEREAS, on October 4, 2018, Plaintiff Timely Inventions, Inc. and Defendant 3M Company ("the Parties") filed, by and through their respective counsel, their Notice of Settlement [Dkt. 73];

WHEREAS, on October 15, 2018, pursuant to Fed. R. Civ. P. 41(a)(2), the Parties filed, by and through their respective counsel, a stipulation to the dismissal with prejudice of this civil action in its entirety, including all claims and counterclaims, with each party to bear its own attorneys' fees and costs ("Stipulation") [Dkt. 76];

WHEREAS, in the Stipulation, the Parties requested that the Court retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994),

THEREFORE, it is hereby ORDERED that:

(i)  This action is hereby dismissed with prejudice in its entirety, including all claims and counterclaims, with each party to bear its own attorneys' fees and costs; and

(ii)  The Court hereby retains jurisdiction to enforce the terms of the Parties' settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994).

**IT IS SO ORDERED.**

Dated: November 20, 2018   _____
The Honorable André Birotte Jr.
United States District Judge